IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01897-WDM-CBS

JAMES ROHRER and
NANCY ROHRER,

    Plaintiffs,

v.

AFC ADVISORY CORPORATION,
an Illinois corporation,
LEVEL PAR INVESTMENTS, LLC,
a Texas limited liability company, and
KELLY G. ROGERS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant AFC Advisory Corporation's Motion for Leave to Appear at December 27, 2007 Scheduling Conference by Telephone (*doc. no. 20)* is **GRANTED**. Mr. Anderson is permitted to participate telephonically by dialing 303.844.2117 at the scheduled time.

**DATED:**    December 19, 2007