IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01897-WDM-CBS

JAMES ROHRER and
NANCY ROHRER,

    Plaintiffs,

v.

AFC ADVISORY CORPORATION,
an Illinois corporation,
LEVEL PAR INVESTMENTS, LLC,
a Texas limited liability company, and
KELLY G. ROGERS,

    Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on Plaintiffs' Motion for Leave to Amend Pleadings and Add Neil Brown as a Defendant filed on February 14, 2008. While Defendant Rogers did not oppose the amending of the complaint, it was unclear whether or not Defendant AFC Advisory Corp. objected to the relief sought. Therefore, this court entered a minute order on February 15, 2008 setting a response deadline of February 25, 2008 to the instant motion.

    A review of the docket and file in this matter indicates that no objections or responses have been filed. Therefore, it is hereby ORDERED that Plaintiffs' Motion for Leave to Amend Pleadings and Add Neil Brown as a Defendant (*doc. no. 31*) is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the First Amended Complaint and Jury Demand (*doc no. 31-2*) (2) add Neil Brown as a named defendant.

    IT IS FURTHER ORDERED that the case caption shall be modified accordingly.

    IT IS FURTHER ORDERED that pursuant to the addition of a new party to this matter, the court will address any requests for modification of the pretrial deadlines at the hearing currently set for **March 12, 2008 at 4:00 p.m. (Mountain Time)**. Counsel shall create a conference call, then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:** March 4, 2008