IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01897-WDM-CBS

JAMES ROHRER AND NANCY ROHRER,

    Plaintiffs,

v.

AFC ADVISORY CORPORATION, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY**

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice as to AFC Advisory Corporation, in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as between James and Nancy Rohrer and AFC Advisory Corporation, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on June 13, 2008.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge