IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-01897-WDM-CBS

JAMES ROHRER AND
NANCY ROHRER,

    Plaintiffs

v.

LEVEL PAR INVESTMENTS, LLC., et al.,

    Defendants

---

## NOTICE OF DISMISSAL OF KELLY G. ROGERS ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice as to defendant Kelly G. Rogers only. Each party to pay his own costs and attorneys' fees.

DATED at Denver, Colorado, December 16, 2008

                                    BY THE COURT:

                                    s/ Walker D. Miller
                                    United States Senior District Judge

PDF FINAL