IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Case No. 07-cv-01897-WDM-CBS

JAMES ROHRER AND
NANCY ROHRER,

      Plaintiffs,

  v.

NEAL M. BROWN,

      Defendant.

_____

**ORDER FOR STAY DUE TO BANKRUPTCY**
_____

This matter is before me on Neal M. Brown's Advisement of Bankruptcy filed December 15, 2008 (doc. no. 58). Pursuant to 11 U.S.C. § 362, *Fortier v. Dona Anna Plaza Partners*, 747 F.2d 1324, 1329-30 (10th Cir. 1984) this matter is stayed as to this defendant only pending the outcome of the bankruptcy proceedings.

DATED at Denver, Colorado, on December 16, 2008.

                                    BY THE COURT:


                                    s/ Walker D. Miller
                                    United States Senior District Judge

PDF FINAL