IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01897-WDM-CBS

JAMES ROHRER AND
NANCY ROHRER,

    Plaintiffs,

v.

NEAL M. BROWN,

    Defendant.

_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

Miller, J.

    In light of the Advisement of Bankruptcy Stay filed December 15, 2008, by defendant Brown, this case shall be administratively closed pending the resolution of defendant's Chapter 7 proceedings.

    If no action is taken to reopen this case on or before December 15, 2009, the case will be dismissed without prejudice without further notice to any party.

    DATED at Denver, Colorado, on December 23, 2008

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge

PDF FINAL